## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

HERBILICIOUS MUSIC, *et al.,*

                          **PLAINTIFFS,**

 vs.

UNIVERSAL ENTERTAINMENT, LLC, *et al.*,

                          **DEFENDANT.**

CASE NO. 2:24-CV-03375
Judge Michael H. Watson
Magistrate Judge Chelsey M. Vascura

### STIPULATION OF DISMISSAL *WITH PREJUDICE*

The parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that this action is dismissed *with prejudice*. Each party shall bear its own attorneys' fees, costs, and expenses.

By: */s/ Kimberly E Ramundo*
Kimberly E. Ramundo (0066570)
THOMPSON HINE LLP
312 Walnut Street, Suite 2000
Cincinnati, OH 45202-4024
Telephone: (513) 352-6700
Facsimile: (513) 241-4771

*Attorney for Plaintiffs*
*HERBILICIOUS MUSIC, W CHAPPELL*
*MUSIC CORP. d/b/a WC MUSIC CORP.,*
*IRISH INTELLECT MUSIC, and HMNIM*
*MUSIC*

By: */s/ Michael D. Dortch (per email authority 3/17/25)*
Michael D. Dortch (0043897)
Richard R. Parsons (0082270)
KRAVITZ BROWN & DORTCH LLC
65 East State Street, Suite 200
Columbus, OH 43215
614.464.2000 (Office)
614.464.2002 (Fax)

*Attorney for Defendants*
*UNIVERSAL ENTERTAINMENT LLC and*
*RICHARD WOLF*